Same case below, 625 F.3d 97.

**No. 10-1221. Homer J. Holland, et al., Petitioners v. United States.**

565 U.S. 928, 132 S. Ct. 365, 181 L. Ed. 2d 232, 2011 U.S. LEXIS 7038.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 621 F.3d 1366.

**No. 10-1244. James Conway, Superintendent, Attica Correctional Facility, Petitioner v. Kevin Langston.**

565 U.S. 928, 132 S. Ct. 366, 181 L. Ed. 2d 232, 2011 U.S. LEXIS 6806.

October 3, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 630 F.3d 310.